UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MIDDLEBURG MANAGEMENT, LLC,**
F/K/A OLD DOMINION MANAGEMENT
SERVICES, LLC, et al.,

        Plaintiffs,

  v.

**CHUBB LIMITED, F/K/A ACE LIMITED,**
et al.,

        Defendants.

**Case 1:16-cv-01558-CMH-MSN**

### STIPULATION AND CONSENT ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS WESTCHESTER FIRE INSURANCE COMPANY AND CHUBB LIMITED

IT IS HEREBY STIPULATED by and among the undersigned counsel for Plaintiffs Middleburg Management LLC ("Middleburg") and Christopher C. Finlay ("Finlay"), on the one hand, and Defendants Westchester Fire Insurance Company ("WFIC") and Beecher Carlson Insurance Services, LLC ("Beecher Carlson"), on the other hand, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Middleburg and Finlay's claims against WFIC, only, are dismissed with prejudice, with Middleburg, Finlay and WFIC bearing their own costs and attorneys' fees relating to Middleburg and Finlay's claims against WFIC, only, in the above-captioned matter;

2. Defendant Chubb Limited, f/k/a ACE Limited ("Chubb"), was not served with the Amended Complaint, filed on December 2, 2016 in Fairfax County, Virginia, and,

1

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Middleburg and Finlay's claims against Chubb, only, are dismissed without prejudice;

3. This dismissal does not affect Middleburg's claims against Beecher Carlson, which claims remain pending in the above-captioned matter;

4. This order is not a final order and does not close the above-captioned matter.

Date:  September 26, 2017

/s
Douglas R. Kay (VSB No. 35468)
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1500
Washington, DC 20005
Tysons Corner, VA 22182
Telephone: (703) 745-1800
Facsimile:  (703) 745-1835
dkay@offitkurman.com

*Counsel for Plaintiffs*

/s
Alan J. Joaquin (*pro hac vice*)
Brian A. Coleman (VSB No. 41352)
Joie Hand (VSB No. 90772)
DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile:  (202) 842-8465
alan.joaquin@dbr.com
brian.coleman@dbr.com
joie.hand@dbr.com

*Counsel for Defendant Westchester Fire Insurance Company*

                                                          /s_____
Carol T. Stone (VSB No. 21142)
JORDAN COYNE LLP
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(Tel.) (703) 246-0900
(Fax) (703) 591-3673
Email: c.stone@jocs-law.com

*Counsel for Defendant Beecher Carlson Insurance Services, LLC*

IT IS SO ORDERED. Any relief not expressly granted herein is DENIED.

ENTERED this _____ day of _____, 2017.

_____
Senior United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2017, I will electronically file the foregoing with the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/*
Brian A. Coleman