IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MIDDLEBURG MANAGEMENT, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 1:16-cv-01558-CMH-MSN |
| | : |
| BEECHER CARLSON INSURANCE SERVICES, LLC, | : |
| | : |
| Defendant. | : |

### NOTICE OF SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT BEECHER CARLSON INSURANCE SERVICES, LLC

Plaintiff Middleburg Management, LLC and Defendant Beecher Carlson Insurance Services, LLC, by and through their respective counsel, hereby notify this Honorable Court that they have negotiated a resolution of this dispute. As soon as the settlement amount is paid, a stipulation of dismissal will be filed.

Dated: November 9, 2017

Respectfully Submitted:

MIDDLEBURG MANAGEMENT, LLC
By Counsel

       /s/
Douglas R. Kay
Virginia State Bar No. 35468
Alina L. Czaplicki
Virginia State Bar No. 87440
Attorneys for Plaintiff
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1500
Tysons Corner, Virginia 22182
(Tel.) (703) 745-1800
(Fax) (703) 745-1835
Email: dkay@offitkurman.com
      aczaplicki@offutkurman.com

BEECHER CARLSON INSURANCE
SERVICES, LLC

_____/s/_____
Carol T. Stone
Virginia State Bar No. 21142
JORDAN COYNE LLP
Attorney for Defendant Beecher Carlson
Insurance Services, LLC
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(Tel.) (703) 246-0900
(Fax) (703) 591-3673
Email: c.stone@jocs-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

> Douglas R. Kay, Esquire
> Alina L. Czaplicki, Esquire
> OFFIT KURMAN, P.C.
> 8000 Towers Crescent Drive, Suite 1500
> Tysons Corner, Virginia 22182
> dkay@offitkurman.com
> aczaplicki@offitkurman.com
> *Counsel for Plaintiff*

_____/s/_____
Carol T. Stone
Virginia State Bar No. 21142
Attorney for Defendant
JORDAN COYNE LLP
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(Tel.) (703) 246-0900
(Fax) (703) 591-3673
Email: c.stone@jocs-law.com