IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MIDDLEBURG MANAGEMENT, LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:16-cv-01558-CMH-MSN |
| BEECHER CARLSON INSURANCE SERVICES, LLC, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT BEECHER CARLSON INSURANCE SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Middleburg Management, LLC ("Middleburg") and Defendant Beecher Carlson Insurance Services, LLC ("Beecher Carlson"), by counsel, hereby stipulate to a dismissal with prejudice of the above-captioned action, with Middleburg and Beecher Carlson bearing their own costs and attorneys' fees in this action. This stipulation concludes the resolution of all issues between Middleburg and Beecher Carlson, including all claims for attorney's fees and costs, and ends this action.

Dated: December 15, 2017

| | |
|---|---|
| MIDDLEBURG MANAGEMENT, LLC<br>By Counsel | BEECHER CARLSON INSURANCE SERVICES, LLC<br>By Counsel |
| /s/<br>Douglas R. Kay<br>Virginia State Bar No. 35468<br>OFFIT KURMAN, P.C.<br>8000 Towers Crescent Drive, Suite 1500<br>Tysons Corner, Virginia 22182<br>(Tel.) (703) 745-1800<br>(Fax) (703) 745-1835<br>Email: dkay@offitkurman.com<br>*Counsel for Plaintiff* | /s/<br>Carol T. Stone<br>Virginia State Bar No. 21142<br>JORDAN COYNE LLP<br>10509 Judicial Drive, Suite 200<br>Fairfax, Virginia 22030<br>(Tel.) (703) 246-0900<br>(Fax) (703) 591-3673<br>Email: c.stone@jocs-law.com<br>*Counsel for Defendant Beecher Carlson* |

1

So Ordered
Claude M. Hilton
USDJ
Dec. 18, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2017, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Douglas R. Kay, Esquire
>Alina L. Czaplicki, Esquire
>OFFIT KURMAN, P.C.
>8000 Towers Crescent Drive, Suite 1500
>Tysons Corner, Virginia 22182
>dkay@offitkurman.com
>aczaplicki@offitkurman.com
>*Counsel for Plaintiff*

>_____/s/_____
>Carol T. Stone
>Virginia State Bar No. 21142
>Attorney for Defendant
>JORDAN COYNE LLP
>10509 Judicial Drive, Suite 200
>Fairfax, Virginia 22030
>(Tel.) (703) 246-0900
>(Fax) (703) 591-3673
>Email: c.stone@jocs-law.com